IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 20-CR-3023 |
| vs. | ) | |
| KYLER COLTEN COOK, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

**I. WITNESSES:**

The government does not intend to call any witnesses.

**II. EXHIBITS:**

The government does not intend to present any exhibits.

**III. CONTESTED GUIDELINE ISSUES:**

The United States does not anticipate a contested hearing on any of the guideline calculations.

**IV. CONCLUSION:**

The government respectfully recommends that the Court follow the recommendations set forth in the joint plea agreement and in the Presentence Investigation Report in deciding a just and reasonable sentence for the defendant.

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Michelle Miller

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By, */s/ Ron Timmons*

RON TIMMONS
Assistant United States Attorney
600 Fourth Street, Suite 670
Sioux City, IA 51101
(712) 202-1722
(712) 252-2034 (fax)
Ron.Timmons@usdoj.gov

2